**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **KANSAS CITY CEMENT MASONS PENSION FUND, et al.,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| vs. | ) ) | Case No. 09-0295-CV-W-GAF |
| **360 DIRT SOLUTIONS CO., INC.,** | ) ) ) | |
| **Defendant.** | ) | |

## ORDER

On July 10, 2009, a default judgment was rendered against Defendant 360 Dirt Solutions Co., Inc. ("Defendant"). (Doc. #10). Thereafter, on November 18, 2009, the Court ordered Plaintiffs Kansas City Cement Masons Pension Fund, et al. ("Plaintiffs"), to submit affidavits on the issue of damages in lieu of a damages hearing. (Doc. #13). In response to the November 2009 Order, Plaintiffs filed affidavits in support of unpaid fringe benefit contributions, liquidated damages, interest, audit costs, and attorney's fees. (Doc. ##14-16). Upon review of these affidavits and their supporting documentation, the Court finds Plaintiffs have incurred damages in the following amounts:

- For failure to pay fringe benefit contributions: $20,795.40;

- For liquidated damages: $4,159.09;

- For interest on unpaid fringe benefit contributions: $1,143.78;

- For audit costs: $11,577.50; and

- For attorney's fees and costs: $3,537.28.

Accordingly, it is

ORDERED that damages in the above-captioned case are assessed at $41,213.05. Defendant

is directed to remit payment in the amount of $41,213.05 to Plaintiffs' counsel, Bradley J. Sollars of Arnold, Newbold, Winter & Jackson, P.C., within thirty (30) days of the date of this Order.

                                                      s/ Gary A. Fenner
                                                      Gary A. Fenner, Judge
                                                      United States District Court

DATED:   December 7, 2009